**SCHROEDER LAW** PC
*Intellectual Property Law*

110 COOPER STREET #605
BABYLON, NY 11702
T 631 649 6109 • F 631 649 8126

gschroeder@schroederlawpc.com

November 18, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019

**MEMO ENDORSED**

*Via ECF*

Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: Meat Innovations Inc., et al. v. AVA Companies, et al.
Civ. Action No.: 19-cv-05155 (KMW)(BCM)

Dear Judge Moses:

I am co-counsel for Defendants AVA Companies, AVA Pork Products, Inc., AVA Beef Products, Inc., and Albert Girgenti in the above-identified civil action. The Court has scheduled a Settlement Conference in this matter for 2:15 pm on November 25, 2019.

Mr. Girgenti, one of the named Defendants, passed away in late October. Counsel for Plaintiffs Jonathan Moskin was advised on October 30, 2019 of Mr. Girgenti's death. As of today, a representative for the estate of Mr. Girgenti has not yet been appointed and, accordingly, we do not have authority to make any representations on behalf of the estate, and there is no authorized person to appear at the conference on Mr. Girgenti's behalf.

We therefore respectfully request that the Settlement Conference be postponed until such time as a representative for the estate of Mr. Girgenti is appointed. At such time, we will advise both the Court and Mr. Moskin, and request the rescheduling of the Settlement Conference. Mr. Moskin has advised that he will not be filing a letter opposing this request.

We thank the Court in advance for its assistance in this matter.

Respectfully submitted,

/s/ R. Glenn Schroeder

R. Glenn Schroeder

cc: Jonathan Moskin, Esq.

> Application GRANTED. The settlement conference scheduled for November 25, 2019 is ADJOURNED *sine die*. If and when the parties agree that they are ready to make productive use of a judicially-supervised settlement conference, they shall (a) file a joint letter on ECF so stating, and (b) contact Courtroom Deputy Kevin Snell at (212) 805-0228 to schedule the conference.
> SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> November 18, 2019