UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MEAT INNOVATIONS INC. and
INNOVACTION TRADEMARKS, LLC,

                     Plaintiffs,

-against-

AVA COMPANIES; AVA PORK
PRODUCTS, INC.; AVA BEEF PRODUCTS,
INC.; and ALBERT GIRGENTI,

                     Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20

1:19-cv-05155 (KMW) (BCM)

**ORDER**

KIMBA M. WOOD, United States District Judge:

If the parties are ready to proceed with a judicially supervised settlement conference, they shall comply with the rescheduling instructions provided in Judge Moses's November 18, 2019 Order. (ECF No. 40.) Those instructions direct the parties to file a joint letter stating that they are prepared to make productive use of the settlement conference and to contact Judge Moses's Courtroom Deputy.

SO ORDERED.

Dated: New York, New York
       February 20, 2020

_____
KIMBA M. WOOD
United States District Judge