UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAT INNOVATIONS INC., et al.,

    Plaintiffs,

-against-

AVA COMPANIES, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

19-CV-5155 (KMW) (BCM)

ORDER SCHEDULING TELEPHONIC CONFERENCE

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will hold a telephonic pre-settlement conference on **Thursday, March 5, 2020, at 10:00 a.m.** Counsel are directed to call chambers at (212) 805-0228 a few minutes before 2:30 p.m. with all counsel on one line. Their clients need not participate in the call.

Dated: New York, New York
      March 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**