UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAT INNOVATIONS INC., et al.,

    Plaintiffs,

-against-

AVA COMPANIES, et al.,

    Defendants.

19-CV-5155 (KMW) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference scheduled for March 11, 2020, is ADJOURNED to **March 26, 2020, at 2:15 p.m.**, in Courtroom 20A. All other provisions of the Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 38) remain in effect, including the requirements that, no later than **March 19, 2020**: (1) the parties conduct "at least one good-faith settlement discussion, in person or by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," Sched. Order ¶ 2; (2) each party submit a confidential settlement letter to chambers by email, containing the updated status of the parties' settlement negotiations to date, as well as any other new pertinent information likely to be helpful to the settlement process, *id*. ¶ 3; and (3) each party submit the Acknowledgment Form to chambers by email, and serve in on all other parties, identifying the individuals who will attend the settlement conference. *Id*. ¶ 4.

Dated: New York, New York
      March 6, 2020

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**