UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAT INNOVATIONS INC.,

    Plaintiff,

-against-

AVA COMPANIES, et al.,

    Defendants.

19-CV-5155 (KMW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

To minimize person-to-person contact and prevent the spread of the COVID-19 virus, the settlement conference scheduled for **March 26, 2020, at 2:15 p.m.**, will be conducted telephonically. At that time, the parties (including counsel and their clients) shall call into the below teleconference:

    Call in Number: (888) 557-8511

    Access Code: 7746387

All other provisions of the Order Scheduling Settlement Conference (Dkt. No. 51) remain in effect.

Date: New York, New York
      March 16, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**