UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEAT INNOVATIONS INC., et al.,

    Plaintiffs,

-against-

AVA COMPANIES, et al.,

    Defendants.

19-CV-5155 (KMW) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020
```

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a pre-settlement telephonic conference with counsel **March 24, 2020, at 2:00 p.m.** Counsel are directed to call the Court's conference line **(888) 557-8511** a few minutes before 2:00 p.m. and enter the access code **7746387.** The parties themselves are not required to attend.

Dated: New York, New York
       March 23, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**