```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEAT INNOVATIONS INC, et al., | |
|     Plaintiffs, | 19-CV-5155 (KMW) |
| -against- | **ORDER** |
| AVA COMPANIES, et al., | |
|     Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated during today's settlement teleconference among counsel, it is hereby ORDERED that:

1. No later than **July 15, 2020**, the parties shall file a joint letter, on ECF, which (a) informs the Court of the agreed-upon date for the parties' planned principal-to-principal settlement negotiation; (b) outlines the focused fact discovery that parties have agreed to complete prior to that agreed-upon date; and (c) confirms that each side will be prepared, at the negotiation, to make a concrete and realistic settlement demand or offer, and thereafter to negotiate in good faith towards a resolution of the parties' dispute.

2. No later than **one week following the agreed-upon date for the principal-to-principal settlement negotiation**, the parties shall submit a *confidential* joint letter, via email to Moses_NYSDChambers@nysd.uscourts.gov, which (a) confirms that the agreed-upon discovery and the principal-to-principal negotiation occurred as scheduled; and (b) updates the Court as to the progress the parties made towards settlement and whether additional judicial settlement supervision would be productive.

Nothing in this Order stays or extends the discovery and other pretrial deadlines set by the district judge.

Dated: New York, New York
       July 9, 2020

                                    **SO ORDERED.**

                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**