UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEAT INNOVATIONS INC. and
INNOVATION TRADEMARKS, LLC,

              Plaintiffs,

                *v.*                              No.:  19-CV-5155 (KMW)

AVA COMPANIES, AVA PORK PRODUCTS,    **ORDER OF DISMISSAL**
INC., AVA BEEF PRODUCTS, INC.  ALBERT
GIRGENTI and YERECIC LABEL COMPANY,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBA M. WOOD, United States District Judge:

      The parties have advised the Court that they have reached an agreement to settle this case.  The above-captioned action is hereby dismissed and discontinued without costs.  The dismissal is without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.  The Clerk of Court is directed to close this case.  Any pending motions are moot.

SO ORDERED.

Dated:  New York, New York
         December 18, 2020

                                                   /s/ Kimba M. Wood
                                                 Kimba M. Wood
                                                 United States District Judge